RECEIVED
MAY 15 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| IBRAHIMA MBODJI,<br>Petitioner | CIVIL ACTION<br>NO. 1:14-CV-03431 |
| VERSUS | |
| ERIC HOLDER, JR., et al.,<br>Respondents | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Mbodji's habeas petition is DENIED AND DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Mgodji's motions to show cause why he should not be released on supervision pending removal (Docs. 2, 5) and his motion to terminate his removal proceeding and for immediate release (Doc. 7) are DENIED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 14th day of May, 2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT